APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America, | : | CIVIL ACTION |
| v. | : | |
| Novartis Pharmaceuticals Corporation | : | NO. 04-CV-1664 |

## ORDER

AND NOW, this 16 Day of November, 2010, it is hereby

ORDERED that the application of Nina M. Dillon, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 04-CV-1664

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Nina M. Dillon__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 02/03/1992 | 2470862 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| USCA, 3d Circ. | 09/10/1999 | n/a |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| USDC, SDNY | 02/02/1993 | ND-5291 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   Novartis Pharmaceuticals Corporation

(Applicant's Signature)

11/16/2010   11/16/10
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cravath, Swaine & Moore LLP

825 Eighth Avenue, New York, NY 10019

(212) 474-1000

Sworn and subscribed before me this

16th Day of November, 2010

_____
Notary Public

KEITH S. KAPLAN
Notary Public, State of New York
No. 01KA6062463
Qualified in New York County
Commission Expires Aug. 6, 2013

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Nina M. Dillon____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Ronald H. Levine | [signature] | 12/09/1981 | PA 35547 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Post & Schell PC 1600 JFK Blvd, Four Penn Center, Philadelphia, PA 19103

215 587-1071

Sworn and subscribed before me this
17th Day of November 2010
[signature] Deborah A. MacNichol
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Deborah A. MacNichol, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Oct. 8, 2013
Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Novartis Pharmaceuticals Corporation | : | NO. 04-CV-1664 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Nina M. Dillon___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Marilyn May, AUSA, United States Attorney's Office, 615 Chestnut Street, Philadelphia, PA 19106

_____
Signature of Attorney

Ronald H. Levine
Name of Attorney

Novartis Pharmaceuticals Corporation
Name of Moving Party

Date 11/17/10