IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL. | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 2:04-CV-1664 |
| NOVARTIS PHARMACEUTICALS | : | |
| CORPORATION | : | |
| Defendants. | : | |

ORDER

AND NOW, this 19th day of November 2010, upon consideration of the Motion for Admission *Pro Hac Vice* of Nina M. Dillon, Esquire (Doc. 52) it is ORDERED that the Motion is GRANTED and that Nina M. Dillon is admitted *pro hac vice* for the purpose of representing Novartis Pharmaceuticals Corporation.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J