IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES, et al., | : | |
| ex rel. STEVE M. McKEE, | : | CIVIL ACTION |
|    Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | No. 04-1664 |
| NOVARTIS PHARMACEUTICALS | : | |
| CORPORATION, | : | |
|    Defendant. | : | |

## ORDER

AND NOW, this 22nd day of November, upon receipt of the State of Montana's Motion to Withdraw its Notice of Election to Decline Intervention at this Time and Be Excused from Compliance with the Court's November 4, 2010 Order (Doc. No. 53), the Court GRANTS Montana's motions.

BY THE COURT:

/S/LEGROME D. DAVIS
Legrome D. Davis, J.