IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES, et al., | : | |
| ex rel. STEVE M. McKEE, | : | CIVIL ACTION |
|    Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | No. 04-1664 |
| NOVARTIS PHARMACEUTICALS | : | |
| CORPORATION, | : | |
|    Defendant. | : | |

## ORDER

AND NOW, this 29th day of November, 2010, it is hereby ORDERED that:

1. The status conference set for 1:00 p.m. on Wednesday, December 1, 2010, is POSTPONED indefinitely;

2. The parties shall advise the court of the final status of this matter on or before January 5, 2011.

BY THE COURT:

/S/LEGROME D. DAVIS
Legrome D. Davis