IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., : <br> STEVE M. McKEE, et al., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> NOVARTIS PHARMACEUTICALS : <br> CORPORATION : <br> : <br> Defendant. : <br> _____ : | Civil Action No. 04-CV-1664 |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the September 29, 2010 Settlement Agreement among the United States, Novartis Pharmaceuticals Corporation (Novartis), and Relator Steve M. McKee (the Settlement Agreement), a copy of which was attached to the United States Notice of Intervention, the United States now:

(1) dismisses with prejudice all civil monetary claims asserted on behalf of the United States against Novartis concerning the Covered Conduct as defined in Preamble Paragraph G of the Settlement Agreement; and

(2) dismisses without prejudice to the United States all other claims.

Respectfully submitted,

ZANE D. MEMEGER
United States Attorney

/s/ Margaret L. Hutchinson
MARGARET L. HUTCHINSON
Assistant United States Attorney
Chief, Civil Division

Dated: 12/15/10

/s/ Jacqueline C. Romero
JACQUELINE C. ROMERO
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street Suite 1250
Philadelphia, PA 19106
(215) 861-8301

SO ORDERED:

_____
HON. J. LEGROME D. DAVIS
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify this 15th day of December, 2010, that a copy of the foregoing Stipulation of Dismissal was sent by First Class United States Mail, postage prepaid, to:

Tracy L. Steckling, Esq.
Law Office of Tracy L. Steckling, LLC
3096 Rose Moon Way
Neenah, WI 54956

Louis Agre
Law Offices of Louis Agre
1375 Virginia Drive
Suite 100
Ft. Washington, PA 19034

L. Timothy Terry
Attorney General State of Nevada
100 North Carson St.
Carson City, NV 89701-4717

Catherine Truman
Montana Attorney General
215 North Sanders
PO Box 201401
Helena, MT 59620-1401

Ronald H. Levine
Post & Shell, P.C.
Four Penn Center
1600 John F. Kennedy Blvd
Philadelphia, PA 19103

Evan R. Chesler
Nina M. Dillon
Cravath, Swaine & Moore
825 Eighth Avenue
Worldwide Plaza
New York, NY 10019-7475

Karen F. Green
Wilmer Hale
60 State St.
Boston, MA 02109

JACQUELINE C. ROMERO
Assistant United States Attorney