IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES, et al.,                          :
ex rel. STEVE M. McKEE,                          :          CIVIL ACTION
    Plaintiffs,                                  :
                                                 :
    v.                                           :
                                                 :
                                                 :          No. 04-1664
NOVARTIS PHARMACEUTICALS                          :
CORPORATION,                                      :
    Defendant.                                   :

## ORDER

AND NOW, this 14th day of January, 2011, the Court hereby ORDERS the parties to

provide the Court with a copy of each settlement agreement reached between them, except the

agreement filed as Exhibit A to the United States's Notice of Partial Intervention (Doc. No. 44),

for the Court's approval.  The false claims statutes of various Plaintiff-states mandate such

approval prior to dismissal.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis