IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, et al., : | |
| ex rel. STEVE M. McKEE, : | CIVIL ACTION |
|    Plaintiffs, : | |
| : | |
| v. : | |
| : | No. 04-1664 |
| NOVARTIS PHARMACEUTICALS : | |
| CORPORATION, : | |
|    Defendant. : | |

ORDER

AND NOW, this 1st day of August, 2011, upon consideration of the Stipulation of Dismissal filed by Relator (Doc. No. 60) and the Settlement Agreements between the parties, and in light of several states' failure to respond to the Court's May 27, 2011 Order (Doc. No. 63),[1] the Court hereby DISMISSES any remaining claims against Defendant Novartis Pharmaceutical Corporation.[2]

BY THE COURT:

/s/ Legrome D. Da vis

Legrome D. Davis, J.

---

[1] The Court construes these failures to respond as implicit acknowledgments that each remaining plaintiff-state has complied with the requirements set forth by its respective false claims statute. (See Doc. No. 63, detailing requirements.)

[2] These include claims by relator on behalf of the District of Columbia, Florida, Indiana, Louisiana, Michigan, New Jersey, and Wisconsin.